**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| AMY BIRCHFIELD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:23-CV-606-JCB-KNM |
| | § | |
| GLSL PROPERTIES, LLC et al., | § | |
| | § | |
| *Defendants.* | § | |

<u>**REPORT AND RECOMMENDATION OF THE**</u>
<u>**UNITED STATES MAGISTRATE JUDGE**</u>

The above-styled lawsuit was referred to the undersigned for all pretrial matters pursuant to 28 U.S.C. § 636(b)(1). Doc. No. 4. On February 23, 2024, Plaintiff filed a motion to dismiss the claims against FedEx Ground Package System, Inc. ("FedEx Ground") with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Doc. No. 25.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), an order of court is required for voluntary dismissal after an answer has been filed unless the parties file a stipulation of dismissal that is signed by all parties. Plaintiff's motion states that Plaintiff and Defendant FedEx Ground have reached a settlement in this matter. Doc. No. 25. No response has been filed by Defendant FedEx Ground.

Based on the foregoing, the Court **RECOMMENDS** that Defendant's Motion to Dismiss (Doc. No. 25) be **GRANTED** and that Plaintiff's claims against FedEx Ground Package System, Inc. be **DISMISSED WITH PREJUDICE**.

Within fourteen (14) days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C). In order to be specific, an objection must identify the

specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 13th day of March, 2024.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE