UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00606

**Amy Birchfield,**
*Plaintiff,*

v.

**GLSL Properties, LLC et al.,**
*Defendants.*

**ORDER**

Plaintiff Amy Birchfield filed this action asserting claims under Title VII. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 4.

On February 23, 2024, plaintiff moved to dismiss her claims against defendant FedEx Ground Package System, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) because the parties had reached a settlement. Doc. 25. The magistrate judge issued a report recommending that plaintiff's motion to dismiss be granted. Doc. 26. No written objections were filed. When no party objects to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the motion to dismiss (Doc. 25) is granted. The claims against FedEx Ground Package System, Inc. are dismissed with prejudice and FedEx Ground Package System, Inc. is dismissed from this action.

*So ordered by the court on July 29, 2024.*

J. CAMPBELL BARKER
United States District Judge